UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 11, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

NATHAN BIRD,

       Plaintiff,                       CIV S-08-2897 FCD EFB

      v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON FEBRUARY 11, 2009.**

                                                Victoria C. Minor,
                                                Clerk of the Court

ENTERED:   February 11, 2009

                                                by:_____/s/_____
                                                  Michele Krueger,
                                                  Courtroom Deputy