Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BIRD,<br><br>             Plaintiff,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No.  2:08-CV-2897-FCD-EFB<br><br>STIPULATION AND ORDER TO VACATE THE JUDGMENT AND DISMISS WITH PREJUDICE |

      Plaintiff, NATHAN BIRD, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on November 5, 2008.  NCO filed its responsive pleading on January 6, 2009.  NATHAN BIRD accepted NCO's Offer of Judgment on February 10, 2009.  Pursuant to the Offer of Judgment, the Court entered judgment on February 11, 2009.  The parties subsequently resolved the action in its entirety.  As part of said

resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 3/16/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 3/16/09         KROHN & MOSS, LTD.

/s/ Nicholas Bontrager
Nicholas Bontrager,
Attorney for Plaintiff,
Nathan Bird

IT IS SO ORDERED.

Dated: March 17, 2009         _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE